UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.  CV 25-00117-SK                                      Date: April 16, 2025

Title  Sam Benford v. Downtown Deals Inc. et al

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| None present | None present |

**Proceedings:**     (IN CHAMBERS) **ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

     Plaintiff has secured entries of default as to Defendants Downtown Deals Inc. and Hamasho, Inc. pursuant to Fed. R. Civ. P. 55(a). But Plaintiff has not sought default judgments for either Defendant pursuant to Fed. R. Civ. P. 55(b). Plaintiff is thus ORDERED TO SHOW CAUSE in writing by **April 30, 2025** why this case should not be dismissed for lack of prosecution. *See generally Link v. Wabash R. Co.*, 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion). Plaintiff can satisfy this show-cause order by seeking default judgments by or before April 30 in accordance with the applicable local rules; by notifying the Court that default judgments will not be sought, at which point the clerk will close this matter; or by timely seeking other appropriate relief based on the required showing of good cause. Failure to respond as ordered, however, may be deemed Plaintiff's consent to the dismissal of the action with no further notice.

     IT IS SO ORDERED.